UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY MCNEIL,

          Plaintiff,

    v.

RASHEED KARIM, et al.,

         Defendants.

Case No. 16-cv-00418-JD

**ORDER OF SERVICE**

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. The Court previously ordered service on Dr. Rasheed Karim, an ophthalmology surgeon and private contractor for CDCR, and Dr. M. Fraze and Dr. F. Von Lintig both at Correctional Training Facility in Soledad, CA. The United States Marshal was unable to execute service on any of these defendants and noted that Correctional Training Facility had no record of any of these individuals. Docket No. 12. Plaintiff was ordered to provide more information for service and he has filed a response with updated service information.

## CONCLUSION

The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the complaint with attachments, copies of this order and the prior order of service (Docket No. 7) on Dr. Rasheed Karim at 1315 Las Tables Road, Templeton, CA 93465;[1] Dr. M. Fraze and Dr. F. Von Lintig at California Correctional Health Care Service, 1515 "S" Street, Sacramento, CA 94283. Defendants shall follow the instructions set forth in the prior

---

[1] Petitioner stated it was "Los Pablels Road", however the Court was unable to locate that address in Templeton, CA. The "Las Tables Road" address is for an eye center that employs a Dr. Karim Rasheed. While the names are reversed, this appears to be the defendant, therefore service will be ordered.

order of service (Docket No. 7).

**IT IS SO ORDERED.**

Dated: October 4, 2016

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

BAY MCNEIL,

        Plaintiff,

    v.

RASHEED KARIM, et al.,

        Defendants.

Case No. 16-cv-00418-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bay McNeil ID: #H38906
California Medical Facility
P.O. Box 2500
Vacaville, CA 95696

Dated: October 4, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3