UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY MCNEIL,

        Plaintiff,

   v.

RASHEED KARIM, et al.,

        Defendants.

Case No. 16-cv-00418-JD

**ORDER GRANTING EXTENSION**

Re: Dkt. Nos. 22, 23

GOOD CAUSE APPEARING, it is hereby ordered that defendant's motion for an extension (Docket No. 22) is **GRANTED**. Defendant shall file a dispositive motion by **April 28, 2017**. Plaintiff's motion in opposition of the extension (Docket No. 23) is **DENIED**.

The United States Marshal has made several attempts to serve Dr. M. Fraze and Dr. F. Von Lintig, but has been unsuccessful. Within **twenty-eight (28) days** of the date this order is served, plaintiff must provide more information about these defendants and their locations so service can be effectuated. Plaintiff may seek such information through the California Public Records Act or any other means available. Failure to provide sufficient information for service will result in a dismissal pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: March 27, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY MCNEIL,

        Plaintiff,

   v.

RASHEED KARIM, et al.,

        Defendants.

Case No.   16-cv-00418-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bay McNeil ID: #H38906
California Medical Facility
P.O. Box 2500
J1 Dorm 5 134u
Vacaville, CA 95696

Dated: March 27, 2017

                              Susan Y. Soong
                              Clerk, United States District Court

                              By: *Lisa R. Clark*
                              LISA R. CLARK, Deputy Clerk to the
                              Honorable JAMES DONATO