UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MCNEIL,<br><br>        Plaintiff,<br><br>   v.<br><br>RASHEED KARIM, et al.,<br><br>        Defendants. | Case No. 16-cv-00418-JD<br><br>**ORDER OF SERVICE**<br><br>Re: Dkt. No. 26 |

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint. The Court previously ordered service on Dr. Rasheed Karim, an ophthalmology surgeon and private contractor for CDCR, and Dr. M. Fraze and Dr. F. Von Lintig. Service was successful on Dr. Karim, however, the United States Marshal was unable to execute service on Dr. M. Fraze or Dr. F. Von Lintig. Plaintiff has provided updated service information.

**CONCLUSION**

Plaintiff's motion (Docket No. 26) is **GRANTED** and the clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the complaint with attachments, copies of this order and the prior order of service (Docket No. 7) on Dr. M. Fraze and Dr. F. Von Lintig at Centinela State Prison, 2302 Brown Road, Imperial, CA 92251. Defendants shall follow the instructions set forth in the prior order of service (Docket No. 7).

**IT IS SO ORDERED.**

Dated: May 22, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MCNEIL,<br><br>    Plaintiff,<br><br>v.<br><br>RASHEED KARIM, et al.,<br><br>    Defendants. | Case No. 16-cv-00418-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bay McNeil ID: #H38906
California Medical Facility
P.O. Box 2500
J1 Dorm 5 134u
Vacaville, CA 95696

Dated: May 22, 2017

                                    Susan Y. Soong
                                    Clerk, United States District Court

By: *Lisa R. Clark* (signature)
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO